■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY L. IVERSON, Appellant. [6 NYS3d 516]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered April 10, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.